DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

ROBERT E. GREATHOUSE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-2057

_____

April 15, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

PER CURIAM.

Affirmed.

VILLANTI, ATKINSON and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.